**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

Gregory L Bass

11 Ampere Plaza #23

EAST ORANGE NJ 07017

*(In the space above enter the full name(s) of the plaintiff(s).)*

MR JOE      MR. GUCIA
MR. BOLGER  - against -

DARRYL HOWARD
Stop e Stop
8 Franklin Street
Bloomfield NJ 07003

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional  plaintiffs named.  Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Gregory L BASS |
| | Street Address | 11 Ampere Plaza #23 |
| | County, City | EAST ORANSE NJ 07017 |
| | State & Zip Code | EX SSEX |
| | Telephone Number | 201-926-1364 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name MR HOWARD DAR RM
Street Address 8 FrankLiN Street
County, City BloomFileO NJ 07003
State & Zip Code �horizᶜ

Defendant No. 2

Name MR. JOE M
Street Address 8 FrankLiN Street
County, City BloomFiled
State & Zip Code NJ 07003

Defendant No. 3

Name MARK GuCiA
Street Address 8 FraNKliu Street
County, City BloomFiled
State & Zip Code NJ 07003

Defendant No. 4

Name MR. BOLgER
Street Address 8 FraNKLiN Street
County, City BloomFiled M
State & Zip Code NJ 07003

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal Questions        [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff     [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Stop e Shop
8 Franklin Street Bloomfield NJ 07003

B.    What date and approximate time did the events giving rise to your claim(s) occur? SAT SUN MON Tuesday WeNNDAY ThurDay FriDAy, 2 months. Then I was wrongful TERNatial

| | |
|---|---|
| What happened to you? | C.    Facts: HOWARD DARRL. I WAS TERMiNAteD I WAS BlacK MAN. AfricaN AMericaN. Thats why I HAve POOr |

| | |
|---|---|
| Who did what? | DEFENDANts MR. HOWARD DARRYL MR. BOLER MR. JOE MR MARK GUCNA They All DiscriminatedAgainst Me. |

| | |
|---|---|
| Was anyone else involved? | maybe, I WAS the ONly AfricAN AMERICAN BAil There besite the Boss He TolD me Black People Do WORK Like MiCANCS. People. |

| | |
|---|---|
| Who else saw what happened? | All the COMPANY STore. BOSSES |

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My Back whent Oct two I TOLD DARRY Howand He Told Me. Dont Care. I let Him NO What was poing ON They Live Me 6-7 Pallets Every Night By my self them Micyel Told Him They Not Halping No Black man. I Have Text MASSAGE. I Have All them

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Asking the Courts $50 000 for what I want there. DOWN there. Black people is NO Good I Have The Text MASSAGEINS they will Not Talk they text Him He Text me, We Dont Tall Englisr thats Why we cant tallk 0 to you. How you working at stop shop NO one English I Have All Texting For DARNEY Howand. Halp Me Plqe.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __August__ , 20__19__ .

Signature of Plaintiff _Greg Bass_
Mailing Address _11 Ampore Plaza #23_
_East Orago NT_
_07017_
Telephone Number _201-926-1364_
Fax Number *(if you have one)*
E-mail Address _GregoryBass98@AOL.COM_
_GregoryBass98@AOL.Com_

Note:     All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 524-2019-00257 |

New Jersey Division On Civil Rights                    and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gregory L. Bass    2019 AUG 21  P 3: 32 | (201) 926-1364 | 1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 11 Ampere Plaza, #23, East Orange, NJ 07017 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| STOP & SHOP | 500 or More | (973) 743-6413 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8 Franklin Street, Bloomfield, NJ 07003 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 02-13-2018 | 05-20-2018 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was first hired by Respondent sometime in January 2018. My most recent position was that of a meat department worker. I was the only African American employee in this department. I was not provided the training to successfully complete my job. Meanwhile other employees were provided such training. I also was assigned the less desirable task when other were not. I was given less hours than other employees of a different race. I complained of this treatment and to no avail, my complaints went unanswered. I was terminated shortly thereafter.
Given the above I believe I have been discriminated against based on my race and color, in violation of Title VII Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

April 10 2018        Charging Party Signature
Date

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*